**WILSHIRE LAW FIRM**
BOBBY SAADIAN (SBN 250377)
bobby@wilshirelawfirm.com
THIAGO M. COELHO, (SBN 324715)
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
VALERIE BROOKS

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
damien.delaney@akerman.com
601 W. Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
PRESSED JUICERY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01687-KJM-CKD<br>(Assigned to Hon. Kimberly J. Mueller)<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Complaint Filed: August 28, 2019<br>Current Response Date: March 25, 2020<br>New Response Date: April 8, 2020 |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Valerie Brooks ("Plaintiff") and Defendant Pressed Juicery, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel of record, that the time for the Parties to file their Joint Motion for Preliminary Approval of Settlement ("Joint Motion") pursuant to the February 24, 2020 Order from this Court (Doc. No. 16) will be extended to **April 8, 2020,** pursuant to Local Rule 144(a), on the following grounds:

1. Since this Court's prior Order, the Coronavirus pandemic has vastly expanded. Given the nature of the Defendant's business, they are directly impacted by the pandemic and have had to divert their attention to other critical matters. In addition, the undersigned counsel also has had to divert attention to the immediate counseling of the firm's clients related to the pandemic, and experienced other unexpected business delays. The Parties are continuing to finalize their Joint Motion; however, they require additional time to do so.

2. Counsel for Plaintiff and counsel for Defendant are currently meeting and conferring to finalize the Joint Motion, which currently exists in a close to final form;

3. The extension of the Parties' deadline to file their Joint Motion will not prejudice either party and will not interfere with this Court's authority and discretion in any way;

4. There have been no prior continuances of the dates with respect to the Joint Motion; and

5. This stipulation for an extension is not being interposed for dilatory reasons.

**IT IS SO STIPULATED.**

Dated: March 25, 2020                               **AKERMAN LLP**


By: /s/ Damien P. DeLaney

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

                                                 Damien P. DeLaney
Attorneys for Defendant
PRESSED JUICERY, INC.

Dated: March 25, 2020            **WILSHIRE LAW FIRM**

By: /s/ Thiago Coelho
    Bobby Saadian
    Thiago Coelho
    Attorneys for Plaintiff
    VALERIE BROOKS

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342