**AKERMAN LLP**
ARLENE K. KLINE (Admitted *Pro Hac Vice*)
arlene.kline@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, CA  33401
Telephone:  (561)653-5000

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
ZOE J. BEKAS (SBN 288118)
damien.delaney@akerman.com
zoe.bekas@akerman.com
601 W. Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
PRESSED JUICERY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and Does 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01687-KJM-CKD<br>(Assigned to Hon. Kimberly J. Mueller)<br><br>**NOTICE OF APPEARANCE OF DAMIEN P. DELANEY**<br><br>Complaint Filed:  August 28, 2019<br>Current Response Date: March 25, 2020<br>New Response Date: April 8, 2020 |

PLEASE TAKE NOTICE that Damien P. DeLaney with the law firm of Akerman LLP will appear as local counsel of record for Defendant Pressed Juicery, Inc. for all purposes in the above-captioned case.  Contact information for each is below:

Damien P. DeLaney, Esq.
Akerman LLP
601 West Fifth Street
Suite 300
Los Angeles, CA  90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342
Email:  damien.delaney@akerman.com

Dated: July 22, 2020                                      **AKERMAN LLP**

                                                By: /s/ Damien P. DeLaney
                                                   Arlene K. Kline
                                                   Damien P. DeLaney
                                                   Zoe J. Bekas
                                                   Attorneys for Defendant
                                                   PRESSED JUICERY, INC.

*Left margin:* **AKERMAN LLP** — 601 WEST FIFTH STREET, SUITE 300, LOS ANGELES, CALIFORNIA 90071, TEL.: (213) 688-9500 – FAX: (213) 627-6342