1  Thiago M. Coelho (Cal. Bar No. 324715)
   thiago@wilshirelawfirm.com
2  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
3  Telephone: (213) 381-9988
   Facsimile: (213) 381-9989
4
   *Attorneys for Plaintiff Valerie Brooks*
5  *and the Putative Class*

6  Arlene K. Kline (*PRO HAC VICE*)
   Damien P. Delaney, SBN 246476
7  Zoe J. Bekas, SBN 288118
   **AKERMAN LLP**
8  601 W. Fifth Street, Suite 300
   Los Angeles, CA 90071
9  Telephone: (213) 688-9500
   Facsimile:  (213) 627-6342
10
   *Attorneys for Defendant Pressed Juicery, Inc.*
11

12                **UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

14 | VALERIE BROOKS, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-01687-KJM-CKD |
15 | | |
   | Plaintiff, | **JOINT STIPULATION CORRECTING ERROR ON APPROVED CLASS NOTICE** |
16 | | |
17 | v. | [Filed concurrently with [Proposed] Order] |
18 | PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | Hon. Kimberly J. Mueller |
19 | | Complaint filed:   August 28, 2019 |
   | Defendants. | Trial Date:        None set |
20

**IT IS HEREBY STIPULATED**, by and between Plaintiff Valerie Brooks ("Plaintiff") and Defendant Pressed Juicery, Inc. ("Defendant"), through their respective counsel of record, as follows:

1. On September 16, 2020, the Court entered an Order preliminarily approving the settlement in this matter, and directing the notice to go out to the class members;

2. In so doing, the Court preliminarily approved a service award to the named plaintiff in the amount of $2,500, and attorneys' fees in the amount of $35,000;

3. The Court also approved the notice, which contained a mistake as to the amount of the service award and the amount of the attorneys' fees.  That mistake was contained on page 3 of the proposed notice, in Sections 4 and 5;

4. Before mailing out the notice, the parties desire to correct that error so that the class members are not misinformed as to the two potential awards;

5. Therefore, it is hereby stipulated that the notice will be corrected, on page 3, in sections 4 and 5, to read that class counsel is seeking a service enhancement payment in the amount of $2,500 for Ms. Brooks, and $35,000 in attorneys' fees; and

6. This Stipulation is not intended to and will not be construed as a waiver by either party of any rights or claims or objections whatsoever related to this matter.

Dated: September 21, 2020	**WILSHIRE LAW FIRM, PLC**
	Thiago M. Coelho


	By:	*/s/ Thiago Coelho*
		Thiago M. Coelho

	Attorneys for Plaintiff
	VALERIE BROOKS

Dated: September 21, 2020

**AKERMAN, LLP**
Dennis D. Strazulo
Christine C. Lee
Ryan T. Benson

By: */s/ Arlene Kline*
Arlene Kline (Admitted Pro Hac Vice)
Zoe J. Bekas

Attorneys for Defendant
PRESSED JUICERY, INC.