1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 | VALERIE BROOKS, individually and on behalf of all others similarly situated, | CASE NO. 2:19-cv-01687-KJM-CKD

12 | Plaintiff, | **[PROPOSED] ORDER**

13 | | Hon. Kimberly J. Mueller

14 | v.

15 | PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 to 10, inclusive,

16 | Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER

1     **IT IS HEREBY ORDERED** that the class notice may be corrected to reflect that class

2   counsel is seeking $2,500 as a service award for Plaintiff, and $35,000.00 in attorneys' fees, and

3   that the corrected notice may be sent by mail to the class members forthwith.

4     **IT IS SO ORDERED.**

5

6

7   Date:_____                    _____

                                               Hon. Kimberly J. Mueller
8                                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER