**AKERMAN LLP**
ZOE J. BEKAS (SBN 288118)
zoe.bekas@akerman,com
601 W. Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

ARLINE KLINE (*Admitted pro hac vice*)
arlene.kline@akerman.com
777 S. Flagler Drive
Suite 1100 W
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

Attorneys for Defendant
PRESSED JUICERY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01687-KJM-CKD<br>(Assigned to Hon. Kimberly J. Mueller)<br><br>**DEFENDANT PRESSED JUICERY, INC.'S REQUEST FOR REMOTE APPEARANCE**<br><br>Date:   February 11, 2022<br>Time:   10:00 a.m.<br>Courtroom:   3 |

Defendant Pressed Juicery, Inc. ("Defendant") hereby requests to appear remotely at the Final Settlement hearing on February 11, 2022, as follows:

1. This case is set for a Final Settlement hearing on February 11, 2022, at 10:00 a.m. (Dkt. No. 34).

2. Arlene Kline, who lives in Florida, will appear as counsel for Defendant at the hearing.

3. The telephonic or video appearance of Defendant's counsel will not prejudice any party and will not affect the efficient running of the hearing.

4. Plaintiff's counsel has no objection to Defendant's request to appear remotely.

5. On the day of the hearing, Arlene Kline can be reached at (561) 671-3669.

For the foregoing reasons, Defendant respectfully requests that its request be granted and that its counsel be permitted to participate in the February 11, 2022 hearing remotely.

DATED: February 4, 2022           AKERMAN LLP

                                  By: */s/ Zoe J. Bekas*
                                      Damien P. DeLaney
                                      Zoe J. Bekas
                                      Arlene Kline (A*dmitted pro hac vice*)

                                  Attorneys for Defendant,
                                  PRESSED JUICERY, INC.