UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, et al., | No. 2:19-CV-01687-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| Pressed Juicery, Inc., et al., | |
| Defendants. | |

The court preliminarily approved settlement of this disability discrimination action. ECF Nos. 24, 32. A final settlement hearing was set for February 11, 2022. In the court's first preliminary approval order, the court requested (1) named plaintiff submit "evidence, such as a declaration, describing in detail her contribution to the case to ultimately justify the incentive award," and (2) a "lodestar estimate," supporting the appropriateness of the payment requested for plaintiffs' attorneys' fees. Prev. Order at 10, 11 (ECF No. 24). Plaintiffs have yet to submit this information. Plaintiffs are instructed to produce this evidence and lodestar estimate no later than 4:00 p.m. on February 10, 2022.

IT IS SO ORDERED.

DATED: February 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1