Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:19-CV-01687-KJM-CKD<br><br>The Hon. Kimberly J. Mueller<br><br>**DECLARATION OF THIAGO M. COELHO IN RESPONSE TO THE COURT'S ORDER DATED FEBRUARY 8, 2022**<br><br>DATE: February 11, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 3 |

# DECLARATION OF THIAGO M. COELHO

I, Thiago M. Coelho, declare as follows:

1. I am an attorney licensed to practice before all of the courts of this State and am an attorney at Wilshire Law Firm, counsel of record for Plaintiff Valerie Brooks ("Plaintiff") and the Putative Class in this litigation. I provide this declaration in response to the Court's Order, dated February 8, 2022 ("Order"), wherein Plaintiff was instructed to (1) submit evidence describing in detail Plaintiff's contribution to the case which may justify the incentive award, and (2) provide a "lodestar estimate," respectively.

2. The matters set forth below are of my own personal knowledge from my personal participation in the case and discussions referenced below, and I would and could competently testify thereto if called upon and sworn.

3. After receipt of the Court's Order, our office contacted Plaintiff in order to articulate the Court's requirements and prepare a plan of action to obtain a signed declaration from Plaintiff. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's declaration, written in support of the Court approving an incentive award.

4. Additionally, Plaintiff's counsel's office reviewed its' case files and communicated with its' accounting department in order to prepare a lodestar estimate, as ordered by the Court. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Statement of Attorney's Fees and Costs, which should reflect the lodestar estimate required by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of February 2022, at Los Angeles, California.

_____
Thiago Coelho