Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

Arlene K. Kline (*PRO HAC Vice*)
Damien P. Delaney, SBN 246476
Zoe J. Bekas, SBN 288118
**AKERMAN LLP**
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | CASE NO.: 2:19-CV-01687-KJM-CKD<br><br>The Hon. Kimberly J. Mueller<br><br>**STIPULATED REQUEST TO AMEND THE COURT'S OCTOBER 06, 2021, MINUTE ORDER; [PROPOSED] ORDER**<br><br>DATE: February 11, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 3 |

1  This Stipulation and Proposed Order is entered into between Plaintiff Valerie Brooks
2  ("Plaintiff") and Defendant Pressed Juicery, Inc. ("Defendant") (collectively referred to as the
3  "Parties"), by and through their counsel of record, as follows:

4  WHEREAS, on April 08, 2020, the Parties filed a Joint Motion for Preliminary Approval
5  of Class Action Settlement, Dkt. 19, and on September 16, 2020, the Court granted said motion,
6  Dkt. 24, finding the terms fair and equitable;

7  WHEREAS, on October 21, 2020, the Parties filed a Renewed Motion for Preliminary
8  Approval of Amended Class Action Settlement, Dkt. 28-1, and on September 30, 2021, the Court
9  granted the renewed Motion for Preliminary Approval, finding that the addition of a settlement
10 fund did not increase the attorneys' fees nor the named Plaintiff's award which the Court
11 preliminarily approved.  Dkt. 32;

12 WHEREAS, on October 06, 2021, the Court issued a Minute Order requiring notice be
13 distributed to class members by October 25, 2021, and setting a Final Settlement Hearing for
14 February 11, 2021.  Dkt. 34;

15 WHEREAS, notice to *putative* Class Members was published via The American Council
16 of the Blind on October 20, 2021.  https://acb.org/notice-proposed-settlement-class-action-and-
17 fairness-hearing-1;

18 WHEREAS, short notice was read on The Los Angeles Radio Reader Service on air two
19 times a day from November 12, 2021 through November 18, 2021, advising that the full notice
20 would be read in its entirety on November 19 2021, and the longer notice was read on that date
21 twice on air;

22 WHEREAS, organizations such as the National Federation of the Blind did not respond
23 to the Parties multiple attempts at contact hampering efforts to notify *putative* Class Members;

24 WHEREAS, the Parties are actively exploring other publications in which to publish their
25 notice in order to broaden the scope of the notice to *putative* Class Members in locations where
26 Defendant is located such as the New York Times, Washington Post, Los Angeles Times, among
27 others;

28 WHEREAS, the Parties desire to add a *Cy Pres* to the Settlement Agreement and agree

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

that the amended Settlement Agreement shall be filed no later than February 16, 2022;

WHEREAS, the Parties agree that notice shall be distributed on or before March 04, 2022;

WHEREAS, the Parties agree to extend the deadline for claims to be made to April 08, 2022;

WHEREAS, the Parties agree that Plaintiff's Motion for Final Approval of Class Action Settlement shall be filed no later than April, 12, 2022;

WHEREAS, the Parties wish to reset the date for the Final Fairness Hearing from February 11, 2022, to April 15, 2022.

NOW, THEREFORE, IS IT HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. The Parties are Ordered to submit a Revised Settlement Agreement containing *Cy Pres* clause no later than February 16, 2022.
2. Notice to *putative* Class Members shall be published no later than March 04, 2022.
3. The deadline for claims to be made shall be April 08, 2022.
4. The Final Approval Hearing is reset to April 15, 2022 at 10:00 AM in Courtroom 3, or some later time that is convenient for the Court, with briefs and supporting documentation due by April 12, 2022.

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Respectfully submitted,

Dated: February 10, 2022                      **WILSHIRE LAW FIRM**

                                                    By: /s/ *Thiago M. Coelho*
                                                          Thiago M. Coelho, Esq.
                                                          Attorneys for Plaintiff
                                                          VALERIE BROOKS

Dated: February 10, 2022                      **AKERMAN LLP**

                                                    By: /s/ *Arlene Kline*
                                                          Arlene Kline (*Admitted Pro Hac Vice*)
                                                          Damien P. DeLaney
                                                          Zoe J. Bekas
                                                          Attorneys for Defendant
                                                          PRESSED JUICERY, INC.

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137