**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>   Defendant(s). | Case No.: 2:19-CV-01687-KJM-CKD<br><br>The Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR MOTION FOR FINAL APPROVAL** |

**(PROPOSED) ORDER**

The court, having considered the parties' Stipulated Request to Extend the Time for the Parties to File Their Motion for Final Approval, and good cause appearing, hereby ORDERS:

1. The parties shall submit a Revised Notice and Claim Forms for approval no later than March 9, 2022;
2. The parties shall submit the details of their revised claims process for court approval by March 17, 2022; and
3. The parties shall submit a Motion for Final Approval no later than April 29, 2022.

IT IS SO ORDERED.

DATED:  March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE