Thiago M. Coelho (SBN 324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*
*and Proposed Class Counsel*

Arlene K. Kline (*PRO HAC Vice*)
Damien P. Delaney, SBN 246476
Zoe J. Bekas, SBN 288118
**AKERMAN LLP**
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01687-KJM-CKD<br><br>Hon. Judge Kimberly J. Mueller<br>Courtroom 3, 15th floor<br><br>**JOINT REQUEST FOR APPROVAL OF NOTICE AND CLAIM FORMS; [PROPOSED] ORDER**<br><br>Complaint filed: August 28, 2019<br>Trial date: None set |

1
JOINT REQUEST FOR APPROVAL OF NOTICE AND CLAIM FORMS; [PROPOSED] ORDER

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Court Order (Docket 42), Plaintiff Valerie Brooks ("Plaintiff") and Defendant Pressed Juicery, Inc. ("Defendant") (hereinafter jointly "Parties"), through their respective counsel of record, do hereby request that the Court enter an Order approving the Parties' revised Notice of Proposed Settlement of Class Action and Fairness Hearing, and Claim Forms that are attached hereto.

Attached as **Exhibit 1** is the revised Notice of Proposed Settlement of Class Action and Fairness Hearing.

Attached as **Exhibit 2** is the revised Claim Form.

Dated: March 9, 2022                               WILSHIRE LAW FIRM, PLC

By: */s/ Thiago Coelho*
Thiago M. Coelho, Esq.
*Attorneys for Plaintiffs and the Putative Class*

Dated: March 9, 2022                               AKERMAN LLP

By: */s/ Arlene Kline*
Arlene Kline, Esq.
*Attorneys for Defendant Pressed Juicery, Inc.*

**FILER'S ATTESTATION**

**Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 9, 2022                               By: */s/ Thiago Coelho*
Thiago M. Coelho, Esq.

JOINT REQUEST FOR APPROVAL OF NOTICE AND CLAIM FORMS; [PROPOSED] ORDER