Valerie Brooks, individually and on behalf of all others similarly situated, v. Pressed Juicery, Inc., a Delaware Corporation; and Does 1 to 10, inclusive, Case No 2:19-CV-01687-KJM-CKD (United States District Court, Eastern District of California)

# CLAIM FORM

**TO RECEIVE A CASH PAYMENT FROM THE SETTLEMENT FUND, YOU MUST COMPLETE THIS CLAIM FORM AND SUBMIT IT BY APRIL 1, 2022.**

IMPORTANT NOTE: You must complete and submit this claim form by **April 1, 2022** in order to receive payment. To complete this claim form, read the instructions below in Step 1; truthfully provide the requested information in Step 2; sign the certification in Step 3; and submit the claim form using one of the methods stated in Step 4.

Each Settlement Class Member is entitled to submit only one claim form regardless of the number of times he or she attempted to access: Pressed Juicery's website, https://www.pressedjuicery.com and/or Defendant's corporate sponsored blog, https://thechalkboardmag.com (collectively, the "Website") and/or any software designed to run on a mobile device, such as a smartphone or tablet computer, that features information put out from Defendant to provide users with similar services to those accessed on PCs regarding its goods and services ("Mobile Applications"). There can be only one claim for any given Settlement Class Member.

| STEP 1 – DIRECTIONS |
|---|
| In the spaces below, print your (i) name, (ii) address, and (iii) telephone number. Remember that only individuals who make timely claims showing proof, through demonstration of browsing history, that they attempted to use the Website and/or Mobile Applications from September 30, 2018 through September 30, 2021, are eligible claimants. |
| **STEP 2 – CLAIMANT INFORMATION** |
| **Name**: _____  _____  _____<br>            *(First)*            *(Middle Initial)*      *(Last)*<br><br>**Address**: _____<br>            *(Street)*<br><br>_____  ____  ____   ____ ____ ____ ____ ____<br>*(City)*                                              *(State)*      *(Zip Code)*<br><br>**Telephone number:**     (_ _ _) _ _ _ - _ _ _ _<br><br><br>**Attach to this Claim Form any browsing history (if available) between September 30, 2018 and September 30, 2021, demonstrating your attempt to use the Website and/or Mobile Applications.  If browsing history is not available, proceed to Step 3.** |

| **STEP 3 – CERTIFICATION** |
|---|

**I hereby certify under penalty of perjury that:**

**I am an individual with a disability, as that term is defined under the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12102 and similar state and local disability laws.**

**I accessed Pressed Juicery's Website and/or Mobile Applications (as both terms are defined above) on at least one occasion between September 30, 2018 and September 30, 2021, and I encountered barriers to access which prevented me from accessing the services and/or goods of Pressed Juicery's business in a full and equal manner to sighted individuals.**

*I certify that the above statement is true and correct, and that this is the only Claim Form that I have submitted or will submit. I also understand, acknowledge and agree that I am eligible to submit only one Claim Form as part of this settlement. I understand that this Claim Form will be reviewed for authenticity and completeness and that, if my claim is validated, I may be contacted by the Settlement Administrator to provide additional information as necessary to process the payment due to me under the Settlement.*

_____          _____
**Signature**                                                                    **Date**

| **STEP 4 – METHODS OF SUBMISSION** |
|---|

*<u>Please complete the Claim Form above and return it by the following method</u>*:

By mailing via U.S. mail a completed and signed Claim Form to the Claims Administrator, postmarked no later than November 29, 2021, and addressed to:

Brooks v. Pressed Juicery
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606

2

62341581;1