**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No. 2:19-cv-01687-KJM-CKD<br><br>Hon. Judge Kimberly J. Mueller<br>Courtroom 3, 15th floor<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR APPROVAL OF NOTICE AND CLAIM FORMS**<br><br>Complaint filed: August 28, 2019<br>Trial date:      None set |

**(PROPOSED) ORDER**

The Court, having considered the Parties' Joint Request for Approval of Notice and Claims Form, and good cause appearing therefore, HEREBY ORDERS:

1. The revised Notice of Proposed Settlement of Class Action and Fairness Hearing, submitted for review on March 9, 2022, is approved;

2. The revised Claim Form, submitted for review on March 9, 2022, is approved.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
Hon. Kimberly J. Mueller
United States District Court Judge

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
CASE NO. 2:19-cv-01687-KJM-CKD
**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR APPROVAL OF NOTICE AND CLAIM FORMS**