Thiago M. Coelho (SBN 324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff
and Proposed Class Counsel*

Arlene K. Kline (*PRO HAC Vice*)
Damien P. Delaney, SBN 246476
Zoe J. Bekas, SBN 288118
**AKERMAN LLP**
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01687-KJM-CKD<br><br>Hon. Judge Kimberly J. Mueller<br>Courtroom 3, 15th floor<br><br>**JOINT NOTICE PROVIDING DETAILS OF THE PARTIES' REVISED CLAIMS PROCESS**<br><br>Complaint filed: August 28, 2019<br>Trial date: None set |

1
JOINT NOTICE PROVIDING DETAILS OF THE PARTIES' REVISED CLAIMS PROCESS

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Court Order (Docket 42), Plaintiff Valerie Brooks ("Plaintiff") and Defendant Pressed Juicery, Inc. ("Defendant") (hereinafter jointly "Parties"), through their respective counsel of record, hereby set forth the details of the Parties' revised claims process.

Counsel for Defendant reached out to national newspapers as well as major newspapers in locations where Defendant operates. The following outlets were selected to publish notice:

(1) The Washington Post: set to publish on March 18, 2022;

(2) The Dallas Morning News: published on March 3, 2022, with online notice set to be published in the coming days, which will be online for 30 day;

(3) The Las Vegas Review-Journal: published on March 2, 2022;

(4) The Austin American Statesman: published on March 3, 2022;

(5) The San Jose Mercury News: published on March 3, 2022; and

(6) The San Diego Union Tribune: will be published over the coming days, likely no later than March 21, 2022.

As indicated in the list above, four of those outlets published the earlier version of the Notice which provided an April 1, 2022 response date. This occurred because prior to this Court's March 2, 2022 Order requiring approval of the revised forms (D.E. 42), the Parties were unaware that the Court would wish to review the new forms, which were substantially the same as prior approved forms (save for changes to deadlines and a reference to the soon-to-be created website, http://www.pressedjuiceryadasettlement.com, on which individuals may submit claims). As soon as Defendant's counsel became aware of the Court's Order, it reached out to all of the publishing outlets requesting that they delay until a new form would be approved. However, for the four above-mentioned outlets that published between March 2, and 3, it was too late to "stop the presses." Counsel for Defendant is reaching out to those four to inquire about re-publishing with the new notice.

Additionally, Plaintiff's counsel identified a distribution list containing contact information for hundreds of organizations benefiting the visually impaired and/or disabled. This distribution list was used to send notice of a settlement in a previous matter, *Nat'l Fed'n of the*

*Blind v. Target Corp.*, 452 F. Supp. 2d 946 (N.D. Cal. 2006). The Parties are in the process of issuing the notice and claim form to those organizations. The Parties also agreed to use the distribution list to inquire whether the respective organizations would like to participate in the class action settlement as a *cy pres*.

To submit a claim the putative Class Member(s) must truthfully provide the requested information in the Claim Form, sign a certification and submit the claim to the above-referenced website by April 29, 2022.

Dated: March 17, 2022　　　　　　　　　　WILSHIRE LAW FIRM, PLC

By: */s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
*Attorneys for Plaintiffs and the Putative Class*

Dated: March 17, 2022　　　　　　　　　　AKERMAN LLP

By: */s/ Arlene Kline*
Arlene Kline, Esq.
*Attorneys for Defendant Pressed Juicery, Inc.*

### **FILER'S ATTESTATION**

**Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 17, 2022　　　　　　　　　　By: */s/ Thiago Coelho*
Thiago M. Coelho, Esq.