1
2
3
4
5
6
7
8
9

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No. 2:19-cv-01687-KJM-CKD<br><br>Hon. Judge Kimberly J. Mueller<br>Courtroom 3, 15th floor<br><br>**[PROPOSED] ORDER GRANTING JOINT NOTICE PROVIDING DETAILS OF THE PARTIES' REVISED CLAIMS PROCESS**<br><br>Complaint filed: August 28, 2019<br>Trial date:        None set |

**(PROPOSED) ORDER**

The Court, having considered the Parties' Joint Notice Providing Details of the Parties' Revised Claim Process, and good cause appearing therefore, HEREBY ORDERS:

1. The Revised Claim Process, submitted for review on March 17, 2022, is approved.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
Hon. Kimberly J. Mueller
United States District Court Judge