UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESSED JUICERY, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:19-cv-01687-KJM-CKD<br><br>ORDER GRANTING JOINT REQUEST FOR APPROVAL OF PARTIES' REVISED CLAIMS PROCESS |

This issue is before the court on the parties' joint request for approval of a revised claims process under Federal Rule of Civil Procedure 23. This is the second such request, the first of which the court approved. *See generally* Mot. for Prelim. Approval, ECF No. 19; Order, ECF No. 24. For the following reasons, the court **grants the parties' motion**.

I. **BACKGROUND AND ANALYSIS**

The court has summarized the background of this Americans with Disabilities Act litigation in its previous orders. *See, e.g.,* Order, ECF No. 44, at 1–2. Only a brief summary of recent developments is necessary here. At the February 2022 Final Fairness Hearing, objector Timothy Elder expressed concerns with the method used for notice, among other things. *See* Minutes for Final Fairness Hearing, ECF No. 40. The court ordered the parties to submit details of the parties' revised claims process no later than March 17, 2022. ECF No. 42. The parties

1

began the notification process in early March and submitted details about the process on March 17.  *See generally* Joint Notice, ECF No. 45.

"No notice plan is perfect, but perfection is not required." *Jabbari v. Farmer*, 2020 WL 4048683, at *2 (9th Cir. 2020) (citing *Briseno v. ConAgra Foods, Inc.*, 844 F.3d 1121, 1128–29 (9th Cir. 2017).  Extra leeway is given especially to cases involving "recoveries too small to incentivize individual litigation," *Briseno*, 844 F.3d at 1129, which includes the case at issue. Given the logistical difficulties of identifying the class members here, this court accepts the revised plan for publication of the notice regarding the proposed settlement in six large news outlets as sufficient and markedly improved upon from the original notice plan.  The court acknowledges the parties are working to ensure all published notices have the correct deadline for submitting claims.  The court also approves of notice being provided via a distribution list containing contact information for organizations benefiting the visually impaired and/or disabled.  The court encourages the parties to send notice to this list as soon as possible and no later than March 28 2022.

**II.     CONCLUSION**

The joint request for approval of notice process is **granted.**

This order resolves ECF No. 45.

IT IS SO ORDERED.

DATED: March 21, 2022.

CHIEF UNITED STATES DISTRICT JUDGE