UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, et al., | No. 2:19-CV-01687-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| Pressed Juicery, Inc., et al., | |
| Defendants. | |

Plaintiff Valerie Brooks alleges that defendant Pressed Juicery, Inc. violated the Americans with Disabilities Act, 42 U.S.C. § 12181 (ADA), and California's Unruh Civil Rights Act, California Civil Code § 51 (UCRA), by not maintaining its website in a manner that allowed access to those with visual disabilities. *See* Compl., ECF No. 1. In the fall of 2020, the court granted the parties' joint motion for preliminary approval of class action settlement and conditional certification of settlement classes, as well as the parties' proposed method for notifying the class. *See generally* Order, ECF No. 24. At the February 2022 Final Fairness Hearing, objector Timothy Elder expressed concerns with the substance of the settlement, the method used for notice, and the claim form requirements. *See* Minutes for Final Fairness Hearing, ECF No. 40. The court ordered the parties to submit a revised notice and claim form for approval no later than March 9, 2022; details of the parties' revised claims process no later than March 17, 2022; and a motion for final approval no later than April 29, 2022. ECF No. 42.

1

1    On April 29, 2022, the parties filed a motion for final approval.  Mot. for Final Approval

2 at 17, ECF No. 48.  Earlier that same day, five objectors represented by Mr. Elder filed objections

3 to the settlement and requested to appear before this court at the May 6, 2022 Final Fairness

4 Hearing.  *See generally* Obj., ECF No. 47.  In the process of preparing for hearing, the court

5 learned that one of the objectors is Bryan Bashin, CEO of the organization LightHouse for the

6 Blind and Visually Impaired.  *Id.*  While it has been some time since she has seen Mr. Bashin, the

7 undersigned considers him a friend and has some familiarity with his work for the visually

8 impaired; she cannot say with confidence that she could evaluate his position in this matter

9 completely neutrally and therefore recuses herself from this action under 28 U.S.C. § 455(a).

10    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

11 randomly reassign this case to another district judge for any and all further proceedings that may

12 be appropriate or required.  All dates set in the above-entitled action before the undersigned are

13 hereby vacated.  The Clerk of the Court shall make appropriate adjustment in the assignment of

14 civil cases to compensate for this reassignment.

15 DATED:  May 2, 2022.

CHIEF UNITED STATES DISTRICT JUDGE