UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC. a Delaware corporation; and Does 1 to 10, inclusive,<br><br>Defendants. | No. 2:19-cv-01687-TLN-CKD<br><br>**ORDER GRANTING FINAL APPROVAL OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

This matter came before the Court on Plaintiff Valerie Brooks's ("Named Plaintiff") and Defendant Pressed Juicery, Inc's ("Defendant") (collectively the "Parties") Joint Motion for Final Approval of Class Action Settlement (the "Motion").   (ECF No. 48.)  The Court has considered the substantial briefing and the argument of counsel for the Parties since the initial submission of their preliminary approval papers on March 25, 2020, and during the final approval hearing on this matter on June 16, 2022.  The Court has also considered the entirety of the record in this action in issuing the below ruling.

The Court, having found that the proposed resolution of this matter set forth in the Class Action Settlement Agreement and Release (the "Settlement Agreement") and the Motion, taken as a whole, is fundamentally fair, adequate, and reasonable to all concerned, and for other good cause shown, hereby Orders as follows:

1. The Court hereby grants final approval to the Settlement Agreement as it finds that, taken as a whole, the settlement and compromise contained in that Settlement Agreement is fundamentally fair, adequate, and reasonable to all concerned.

2. The following classes are certified as settlement classes under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure:

   a. <u>The Nationwide Class</u>:  All individuals who (a) have a disability, as that term is defined under the Americans with Disabilities Act, the "ADA" 42 U.S.C. § 12102, and similar state and local disability laws, and (b) have accessed the Website and Mobile Applications, and (c) have been denied equal access as a result of their disability.

   b. <u>The California Class</u>:  All individuals in the State of California who (a) have a disability, as that term is defined under the ADA and similar state and local disability laws, and (b) have accessed the Website and Mobile Applications, and (c) have been denied equal access as a result of their disability.

(Collectively, the "Settlement Classes").

3. The period applicable to the Settlement Classes is September 30, 2018 through September 30, 2021.

4. Wilshire Law Firm, PLC is finally certified as Class Counsel.

5. Named Plaintiff is a fair and adequate representative for the Settlement Classes and is therefore finally approved as Class Representative.

6. The Court hereby appoints CPT Group, Inc., as the Settlement Administrator and authorizes it to finalize the settlement process for the Settlement Classes. CPT Group, Inc. is approved to charge $12,500.00 for fees associated with the administration of the settlement.

7. The settlement fund contemplated in the Settlement Agreement shall be paid out in accordance with the terms set forth under the Settlement Agreement and Motion, benefitting the Settlement Classes and the Los Angeles Radio Reading Service.

8. The injunctive relief contemplated in the Settlement Agreement shall be granted as set forth therein. Defendant shall have eighteen (18) months to perform the affirmative steps set forth in the Settlement Agreement to enhance accessibility for guests with disabilities on its Website and Mobile Applications.

9. The Court finally approves payment of $35,000.00 to Wilshire Law Firm for attorneys' fees and costs.

10. The Court finally approves payment of $2,500.00 as an enhancement award to Named Plaintiff.

IT IS SO ORDERED.
DATED:  June 23, 2022

Troy L. Nunley
United States District Judge